

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

February 17, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 4:26:09 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE KRISTIN GUINEY
179TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: LARRY TORRES

Cause No: 1385627

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's <u>Notice of Appeal</u> on motion only- filed date: 2-12-15 Ruling Made: 2-12-15**
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**
**Motion for New Trial Filed:**

Sincerely,

Lisa Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1385627

## THE STATE OF TEXAS

LARRY TORRES , A/K/A/ _____

V.

179 District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED 14/992 /1R
13"/993
Chris Daniel
District Clerk
FEB 1 2 2015
Harris County, Texas
Deputy

### NOTICE OF APPEAL

Time: _____
By _____

## TO THE HONORABLE JUDGE OF SAID COURT:

On 2-12-15 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction. Motion to Suppress

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

2-12-15
**Date**

_Larry Torres_
**Defendant (Printed name)**
LARRY TORRES

_____
**Attorney (Signature)**

Jimmy Datri
**Attorney (Printed name)**

24003888
**State Bar Number**

1924 Portsmouth
**Address**

713-759-1800
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

(x)_____
**Defendant (Signature)**

LARRY TORRES
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON FEB 1 2 2015 _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **FEB 1 2 2015**_____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ ___*to be determined*_____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.    13992 for

**BAIL IS:**

☐ **SET** at $_____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: _____**FEB 1 2 2015**_____

_____
JUDGE PRESIDING,
*179* DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS



Cause No. ___1385627___

| THE STATE OF TEXAS | IN THE 179TH DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| _Larry Torres_, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

___ this certification is made subsequent to a revocation of probation or adjudication of guilt.

_____            FEB 1 2 2015
Judge                                Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____            _____
Defendant                            Defendant's Counsel

Mailing Address: _____       State Bar of Texas ID number: 24003888

Telephone number: _____      Mailing Address: 1924 Portsmouth

Fax number (if any): _____    Telephone number: _____

                                       Fax number: _____

FILED
Chris Daniel
District Clerk
Time: _____
FEB 1 2 2015
By _____
Harris County, Texas
Deputy

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

*motion to suppress*

# APPEAL CARD

Court 179    4-13-15    Cause No. 1385627

## The State of Texas
### Vs
Larry Torres

**Date Notice
Of Appeal:** 2-12-15
2-12-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Kristin Guiney
**Court Reporter**_____
**Court Reporter**_____
**Court Reporter**_____

**Attorney
on ~~Trail~~ Hearing:** Jimmy Ortiz

**Attorney
on Appeal** TBD

Appointed_____ Hired_____

**Offense** POSS w/ Int Deliver pg1 >=4<2x

**Jury Trail:** Yes_____ No __X__

**Punishment
Assessed** 25 YRS TDC

**Companion Cases
(If Known)** 1385626

**Amount of
~~Appeal Bond~~** ∅

**Appellant
Confined:** Yes __✓__ No_____

**Date Submitted
To Appeal Section** 2-12-15

**Deputy Clerk** _____